KOLESAR & LEATHAM
SALVATORE C. GUGINO, ESQ.
Nevada Bar No. 002268
400 S. Rampart, Ste. 400
Las Vegas, Nevada 89145
(702) 362-7800
*Attorneys For Defendant*
*Silver State Schools Credit Union*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

NUR BEGUM, individually,

    Plaintiff,

vs.

SILVER STATE SCHOOLS CREDIT UNION, a Nevada corporation, DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive

    Defendants.

CASE NO. : **2:12-cv-01081-JCM-RJJ**

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties hereto, that the above-entitled action is to be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

DATED: April 26, 2013

KOLESAR & LEATHAM

/s/ Salvatore C. Gugino, Esq.

SALVATORE C. GUGINO, ESQ.
Nevada Bar No. 2268
400 S. Rampart, Ste. 400
Las Vegas, NV 89145
Attorney for Defendant

DATED: April 26, 2013

KIRK T. KENNEDY, ESQ.

/s/ Kirk T. Kennedy, Esq.

KIRK T. KENNEDY, ESQ.
Nevada Bar No. 5032
815 S. Casino Center Blvd.,
Las Vegas, NV 89101
Attorney for Plaintiff

## ORDER

Based on the foregoing stipulation of the parties,

IT IS SO ORDERED April 30, 2013.

*James C. Mahan*

UNITED STATES DISTRICT JUDGE